UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOSEPH WEISS,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,

                Defendants.

---------------------------------------------------------------x

Case No: 1:20-cv-05393

**NOTICE OF VOLUNTARY DISMISSAL WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Joseph Weiss and or their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Equifax Information Services, LLC.

DATED:  November 13, 2020

**COHEN & MIZRAHI LLP**
EDWARD Y. KROUB

_____
EDWARD Y. KROUB

DANIEL C. COHEN
EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY  11201
Telephone:  929/575-4175
929/575-4195 (fax)
dan@cml.legal
edward@cml.legal

*Attorneys for Plaintiff*